IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY DWAYNE HALL                                               PETITIONER

VS.                         CASE NO. 09-CV-4078

LARRY NORRIS, Director
Arkansas Department of Correction                               RESPONDENT

## **ORDER**

Before the Court is a Report and Recommendation filed on February 17, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 25). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Petitioner Tommy Dwayne Hall's claim for relief, namely for the return of forfeited property, is not cognizable in a federal *habeas corpus* proceeding. Respondent's Motion to Dismiss should be and hereby is **granted.** Petitioner Tommy Dwayne Hall's Petition for Habeas Corpus Relief is dismissed.

IT IS SO ORDERED, this 9th day of March, 2010.

                                                                                      /s/Harry F. Barnes
                                                                                      Hon. Harry F. Barnes
                                                                                      United States District Judge